```
                                                        FILED
IN THE UNITED STATES DISTRICT COURT
 FOR THE EASTERN DISTRICT OF VIRGINIA                 MAY 2 6 2017
           Richmond Division
                                                   CLERK, U.S. DISTRICT COURT
                                                         RICHMOND, VA
```

KENNETH NEWKIRK,

    Petitioner,

v.                                    Civil Action No. 3:17CV229–HEH

DIRECTOR, DEPT. OF
CORRECTIONS,

    Respondent.

## MEMORANDUM OPINION
### (Dismissing Without Prejudice 28 U.S.C. § 2254 Petition)

Kenneth Newkirk, a Virginia state prisoner proceeding *pro se*, filed a petition pursuant to 28 U.S.C. § 2254 ("§ 2254 Petition"). By Memorandum Opinion and Order entered on September 9, 2013, the Court dismissed another 28 U.S.C. § 2254 petition filed by Newkirk for failure to exhaust his state court remedies. *See Newkirk v. Lerner*, ("*Newkirk I*"), No. 3:13CV570–HEH, 2013 WL 4811219, at *1 (E.D. Va. Sept. 9, 2013). The Order in *Newkirk I* informed Newkirk:

> Before the Court will consider any future habeas petition from Newkirk, he must explain how he has exhausted his state court remedies. Accordingly, Newkirk must attach to the front of any future petition the following statement: "I have pursued all of my state court remedies for the claims and convictions described herein." Failure to comply with this directive will result in summary dismissal of the action.

*Newkirk I*, (ECF No. 7) 1. Newkirk's current § 2254 Petition fails to comply with the

above requirement. Accordingly, the action will be dismissed without prejudice. A certificate of appealability will be denied.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: May 26, 2017
Richmond, Virginia